UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ZHIKAI XIAO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UR M. JADDOU, Director of the United States Citizenship and Immigration Services; et al.,<br><br>　　　　Defendants, | Case No. 2:22-cv-02536-PA-MAA<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL** |

The Court, having read and considered the parties' Stipulation of Dismissal, IT IS HEREBY ORDERED that the above-captioned action, to include each claim and count asserted by Plaintiff against Federal Defendants, shall be dismissed in its entirety with prejudice. Each party shall bear its own attorney's fees, costs, and expenses.

　　　　IT IS SO ORDERED.

Dated: July 18, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　United States District Judge